UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                                          Cr. No. 04-231JLA

JOHN MEHIA

MOTION FOR FURTHER HEARING ON BAIL AND DETENTION

The Defendant, John Mehia, by his Court Appointed Attorney moves for a further hearing on the issue of bail and assigns as reason that Uriel Lopez of 2722 South Street, Dallas, Texas has agreed to be the third party custodian for the Defendant and has been interviewed by Pretrial Services and as a results there are conditions or a combination of conditions which will reasonably assure his appearance and that he is not a danger to the community.

By his Attorney

_____
MELVIN NORRIS
BBO# MA 373900
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305

June 22, 2004

I certify that I have forwarded a copy of the above motion to AUSA Nadine Pallegrini and Pretrial Service Officer Joshua Ulrich by fax.

Melvin Norris

FILED CLERKS OFFICE
2004 JUN 23 P 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS