UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Crim. No. 04 cr 10198 MLW

John Mehia

## MOTION FOR ENLARGEMENT OF BAIL

    The defendant John Mehia, by his Attorney, respectfully requests this Honorable Court to Enlarge his conditions of bail to allow him to travel to the Southern District of Texas, the Northern District of Texas, and to Massachusetts for Court purposes.

    The defendant is requesting this Enlargement so that he may work in the Southern District of Texas and reside in the Northern District of Texas.

    The Pretrial Services Officers in this District and in Texas have no objections to this Motion.

                                           Respectfully Submitted,
                                           By his Attorney

                                             /s/ Melvin Norris

                                         Melvin Norris
                                         260 Boston Post Road, Suite 9
                                         Wayland, MA  01778
                                         (508) 358-3305

August 11, 2004