UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | CRIMINAL NO. 04-10198-MLW | |
| | ) | | |
| EDGAR RAMOS | ) | | |

### ASSENTED TO MOTION TO CONTINUE

Defendants Ramos and Mehia move to continue the November 3, 2004 date for filing dispositive motions until December 7, 2004. As grounds, counsel state that they have not completed their investigation into the discovery provided in this case which is necessary prior to filing any dispositive motions. Defendants request that the Court exclude the time until December 7, 2004, from the Speedy Trial Clock as in the interests of justice.

AUSA Nadine Pellegrini has stated her assent to this motion.

| | |
|---|---|
| JOHN MEHIA | EDGAR RAMOS |
| By his attorney, | By his attorney, |
| | |
| /s/ Melvin Norris | /s/ Leo T. Sorokin |
| Melvin Norris | Leo T. Sorokin |
| B.B.O. #373900 | B.B.O. #559702 |
| 260 Boston Post Road, Suite 9 | Federal Defender Office |
| Wayland, MA 01778 | 408 Atlantic Avenue, 3rd Floor |
| Tel: 508-358-3305 | Boston, MA 02110 |
| | Tel: 617-223-8061 |