UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                      )<br>)<br>EDGAR RAMOS               ) | CRIMINAL NO. 04-10198-MLW |

ASSENTED-TO MOTION TO ENLARGE MOTION DATE

Defendants Ramos and Mehia move to enlarge the date for filing dispositive motions through and including February 15, 2005 from the previously set deadline of December 21, 2004.  As grounds, counsel state that they have been making extensive, but so far unsuccessful, efforts to locate the passengers in the van in which the defendants were in at the time of their seizure as these passengers are potentially important witnesses to the stop and seizure and arrest of the defendants which is the subject of the anticipated motion to suppress.  Defendants request that the Court exclude the time from December 21, 2004 to February 15, 2005 from the Speedy Trial Clock as in the interests of justice.

AUSA Nadine Pellegrini has stated her assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris<br>Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel:  508-358-3305 | /s/ Leo T. Sorokin<br>Leo T. Sorokin<br>  B.B.O. #559702<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel:  617-223-8061 |