UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA                CRIMINAL NO. 04-10198-MLW

v.

EDGAR RAMOS
JOHN MEHIA

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

    On 11/17/04, the parties are scheduled to appear before this Court for a Final Status Conference. With regard to the following issues, the parties represent that:

1. There are no outstanding discovery issues not yet presented or resolved by the Court.

2. The government does not expect to provide additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi and the defendant has not responded that he will raise an alibi defense.

5. The defendants require further time to file dispositive motions which will require a ruling by the District Court prior to trial.

6. Depending upon the disposition of the motions, pre-trial hearings may require a schedule to be set in this case.

7. This matter may resolve prior to trial. At this time, however, there is no agreement between the parties.

8. There are periods of excludable delay under the Speedy Trial Act.

    (a)   Total amount of time excludable under the Speedy Trial Act:

        From July 7, 2004 to August 11, 2004

        From August 12, 2004 to October 5, 2004

        From October 5, 2004 to January 4, 2005

    (b)   Amount of time remaining under the Speedy Trial Act before trial must commence:

        48 days

9. Should this case proceed to trial, the government anticipates that its case-in-chief will take approximately 4 days.

By the government:                         By the Defendant:


/s/Nadine Pellegrini                       /s/Leo Sorokin
Nadine Pellegrini, AUSA                    Leo Sorokin, Esq.

                                                    /s/Melvin Norris
                                                    Melvin Norris, Esq.

Dated: 2/7/05