UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10198-MLW |
| ) | |
| EDGAR RAMOS ) | |
| JOHN MEHIA ) | |

ASSENTED-TO MOTION TO ENLARGE MOTION DATE
AND TO EXCLUDE TIME FROM SPEEDY TRIAL CALCULATION

Defendants Ramos and Mehia move to enlarge the date for filing dispositive motions through and including April 26, 2005 from the previously requested deadline of March 24, 2005.  As grounds, counsel for Ramos states that she recently took over representation of Mr. Ramos from Attorney Leo Sorokin and needs one month to complete the motions.  In addition, counsel state that on February 18, 2005 the United States Attorney's Office, through cooperative informal discovery, provided contact information for two passengers in the van in which the defendants were in at the time of their seizure.  One of these potentially important witnesses to the stop and seizure and arrest of the defendants which is the subject of the anticipated motion to suppress lives out of state.  The additional requested time would allow the Federal Defender Office investigator time to locate and interview these potential witnesses as well as counsel the time to incorporate this information into defendants' motion to

suppress.  Defendants request that the Court exclude the time from March 24, 2005 to April 26, 2005 from the Speedy Trial Clock as in the interests of justice.  Counsel further note that both defendants are on release.

Assistant United States Attorney Nadine Pellegrini has stated her assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel:  508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel:  617-223-8061 |

Date:  March 17, 2005

-3-