UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |
| JOHN MEHIA | ) | |

ASSENTED-TO MOTION TO ENLARGE MOTION DATE
AND TO EXCLUDE TIME FROM SPEEDY TRIAL CALCULATION

Defendants Ramos and Mehia move to enlarge the date for filing dispositive motions through and including June 17, 2005. As grounds, counsel for Ramos states that she recently took over representation of Mr. Ramos from Attorney Leo Sorokin and needs the requested time to complete the motions to suppress.  In addition, counsel state that on February 18, 2005 the United States Attorney's Office, through cooperative informal discovery, provided contact information for two passengers in the van in which the defendants were in at the time of their seizure. Further, defendant Ramos lives in Texas and counsel needs to meet with him to review affidavits prior to filing the motions. Defendants request that the Court exclude the time from March 24, 2005 to June 17, 2005 from the Speedy Trial Clock as in the interests of justice.  Counsel further note that both defendants are on release.

Assistant United States Attorney Nadine Pellegrini has stated her assent to this motion.

JOHN MEHIA                          EDGAR RAMOS
By his attorney,                    By his attorney,

/s/ Melvin Norris                   /s/ Catherine K. Byrne

Melvin Norris                       Catherine K. Byrne
  B.B.O. #373900                      B.B.O. #543838
260 Boston Post Road, Suite 9       Federal Defender Office
Wayland, MA 01778                   408 Atlantic Avenue, 3rd Floor
Tel:  508-358-3305                  Boston, MA  02110
                                    Tel:  617-223-8061


Date: May 24, 2005