UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA          )
                                  )
          v.                      )    CRIMINAL NO. 04-10198-MLW
                                  )
EDGAR RAMOS                       )
JOHN MEHIA
```

ASSENTED-TO MOTION TO FILE MOTION TO SUPPRESS
PHYSICAL EVIDENCE AND STATEMENTS LATE AND
MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL CLOCK

Defendants, Edgar Ramos and John Mehia, move to file their motion to suppress late. As reason therefore, counsel for Ramos states that she took over the representation of Mr. Ramos from Attorney Leo Sorokin and needed additional time to conduct investigation and obtain discovery in order to complete the motion to suppress. Defendants request that the Court exclude the time from June 17, 2005 to August 2, 2005 (the date of filing this motion) from the Speedy Trial Clock as in the interests of justice. Counsel further note that both defendants are on release.

Assistant United States Attorney Nadine Pellegrini has stated her assent to this motion.

```
JOHN MEHIA                        EDGAR RAMOS
By his attorney,                  By his attorney,

/s/ Melvin Norris                 /s/ Catherine K. Byrne
Melvin Norris                     Catherine K. Byrne
  B.B.O. #373900                    B.B.O. #543838
260 Boston Post Road, Suite 9     Federal Defender Office
Wayland, MA 01778                 408 Atlantic Avenue, 3rd Floor
Tel: 508-358-3305                 Boston, MA  02110
                                  Tel: 617-223-8061
```