

**U.S. Department of Justice**

***Michael J. Sullivan***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 18, 2005

Dennis O'Leary
Courtroom Deputy
Honorable Mark L. Wolf
United States District Court

BY HAND DELIVERY

Re: United States v. Edgar Ramos/John Mehia
04-10198-MLW

Dear Mr. O'Leary:

I am writing to bring to the Court's attention an error I made in a recent filing in the above-captioned case.

On August 2, 2005, Defendants filed a Motion to Suppress and a Motion requesting Leave to File Defendant's Affidavit. When I received the motion initially, I separated out the attachment from the body of the motion in order to compare the exhibit of the defendant's rights/waiver to the original document. Inadvertently, I clipped the unsigned copy of the affidavit behind the other exhibit. Thereafter, when I requested that the time for the government to respond be enlarged until receipt of the affidavit, I stated that I had not received an unsigned copy. This was an error and I apologize to the Court and to counsel.

While I have now reviewed the affidavit, it does raise several issues in to which I would like to inquire further. However, I am on leave from the office from Friday, August 19th in order to bring my daughter to college and will return on

August 29th. I therefore would still request the Court's consideration of the motion for the enlargement of time to respond until September 2, 2005.

Thank you for your attention to this matter.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
Nadine Pellegrini
Assistant U.S. Attorney

cc: Catherine Byrne, Esq.
Melvin Norris, Esq.