```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )    Cr. No. 04-10198-MLW
         v.              )
                         )
EDGAR RAMOS              )
JOHN MEHIA               )
     Defendants.         )

<u>ORDER</u>

WOLF, D.J.                                        November 22, 2006

It is hereby ORDERED that:

1. A hearing on defendants Edgar Ramos and John Mehia's motions to suppress shall be held on January 10, 2007, at 2:30 p.m. and continue on January 11, 2007, if necessary.

2. The parties shall, by December 15, 2006, file a report identifying the witnesses concerning each motion and the length of time expected to be necessary to present his or her testimony.

3. The parties shall comply with the attached Sequestration Order.

                                    /S/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE