UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Crim. No. 04 cr 10198 MLW

JOHN MEHIA

### DEFENDANT'S MOTION FOR TRANSPORTATION FROM DALLAS, TEXAS TO BOSTON, MASSACHUSETTS AND BACK AT GOVERNMENT EXPENSE

Request is hereby made on behalf of John Mehia for non-custodial transportation to be arranged by the United States Marshal at government expense pursuant to 18 U.S.C. §4285, so he can attend a Hearing on his Motion to Suppress at this Court, which is scheduled for January 10, 2007 at 2:30 p.m.

Such request is by his attorney, Melvin Norris, who has been appointed to represent John Mehia, and assigns as reason therefore the following:

1. The defendant is indigent and without funds to pay for transportation and expenses to travel to Boston, and has been found by this Court to be indigent.

2. The defendant resides in Dallas, Texas, and requires air transportation to travel to Boston from Dallas, Texas, and to return to Dallas.

3. The case is scheduled for hearing on January 10, 2007, at 2:30 p.m.

4. Justice dictates that this motion be allowed.

Wherefore, the defendant requests that this Court Order the Marshal to provide non-custodial transportation or funds to travel to Massachusetts, funds for expenses to cover the cost of food and lodging while in Boston, and non-custodial transportation or funds to return to Dallas, Texas.

By his attorney,

Date:   December 20, 2006

/s/ Melvin Norris
Melvin Norris
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305
BBO# 373900