UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                    Crim. No. 04 cr 10198 MLW

JOHN MEHIA

**(PROPOSED) COURT ORDER**

The U.S. Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-numbered case with round trip airfare to travel from Dallas, Texas to Boston, Massachusetts, January 8, 2007, and lodging for the evenings of January 8, January 9, January 10, and, if needed, January 11, 2007, so that he may attend his Motion to Suppress Evidence and Motion to Suppress Statements hearing scheduled for January 10, 2007 and January 11, 2007.

Date:                                                 _____
                                                      United States District Judge