UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS and | ) | |
| JOHN MEHIA | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO BELATEDLY FILE ITS REPORT
TO COURT REGARDING SUPPRESSION HEARING WITNESSES**

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney James Lang, respectfully moves for leave to belatedly file the report that the Court, in its Order of November 22, 2006, directed the government to submit by December 15, 2006. In support thereof, undersigned counsel represents as follows:

1. On November 22, 2006 the Court scheduled an evidentiary suppression hearing in the instant case for January 4, 2006. In an order issued that same date, the Court directed the parties to file by December 15, 2006 reports identifying their prospective suppression hearing witnesses and estimating the time it would take to complete the testimony of each witness.

2. Undersigned counsel became aware of said order, and of the scheduled suppression hearing, today, January 4, 2007.

3. This case was originally assigned within the United States Attorney's Office to Assistant United States Attorney ("AUSA") Nadine Pellegrini, who prepared the government's

response to the defendants' suppression motion. AUSA Pellegrini began a one-year leave of absence from the United States Attorney's Office in August 2006. At that time, her pending cases were reassigned to other AUSAs.

    4. Through an oversight on the part of undersigned counsel, however, the instant case was never reassigned. Although undersigned counsel apparently received ECF notices pertaining to the scheduling of the suppression hearing and the mandated submission of reports to the Court regarding the parties' prospective witnesses, he neglected to take note of them (undersigned counsel receives ECF notices on all of AUSA Pellegrini's cases and dutifully read them in the first few months after her departure, primarily for the purpose of forwarding them to any newly assigned AUSAs who might not yet have filed their own appearance notices; eventually he stopped doing so, however).

    5. It was only when undersigned counsel received a telephone call today from counsel for the defendant Ramos, inquiring as to which AUSA would be representing the government at the suppression hearing, that he became aware that the hearing had been scheduled. He then checked the docket entries for the case and learned that the government had failed to timely file the required report.

    The government apologizes for the oversight and requests

leave to file its report on this date.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                By:    _____
                                        JAMES LANG
                                        Assistant U.S. Attorney

                              **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          _____
                                          JAMES LANG
                                          Assistant U.S. Attorney