# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

**UNITED STATES v.**                                                   **APPEARANCE**

**EDGAR RAMOS and**

**JOHN MEHIA**                                        Case Number:    04-10198-MLW

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for     the United States

     I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 4, 2006 | /s/ James Lang |
| Date | Signature |
| | James Lang           546988 |
| | Print Name                Bar Number |
| | U.S. Attorney's Office, One Courthouse Way |
| | Address |
| | Boston          MA    01907 |
| | City            State        Zip Code |
| | 617-748-3175      617-748-3954 |
| | Phone Number             Fax Number |