UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.  Crim. No. 04 cr 10198 MLW

JOHN MEHIA

**DEFENDANT JOHN MEHIA'S WITNESS LIST
FOR MOTION TO SUPPRESS**

The defendant John Mehia hereby submits this proposed witness list for the Motion to Suppress hearing:

1.   John Mehia, the defendant.

The defendant reserves the right to supplement this list for purposes of rebuttal.

Respectfully Submitted,
By his Attorney

/s/ Melvin Norris

Melvin Norris
260 Boston Post Road, Suite 7
Wayland, MA  01778
(508) 358-3305

January 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

   /s/ Melvin Norris
MELVIN NORRIS