UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                         Crim. No. 04 cr 10198 MLW

JOHN MEHIA

### AFFIDAVIT OF JOHN MEHIA

Now comes the defendant John Mehia and states the following under oath and to the best of my knowledge and belief:

1. My name is John Mehia, and I am the defendant in the above case. I am married with three children, live in Texas, and was born in the United States.

2. On the morning of May 28, 2004, I was in the passenger in a van driven by Edgar Ramos into Boston, Massachusetts.

3. Shortly after Mr. Ramos parked the van, a uniformed police officer knocked on the window of the van.

4. The officer, without asking permission, opened the rear doors of the van and demanded identification from the people in the rear of the van.

Sworn and subscribed to under the pains and penalties of perjury this 11 day of January, 2007.

*John F. Mehia*
John Mehia