AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES V. RAMOS & MEHIA | **EXHIBIT AND WITNESS LIST** Case Number: CR04-10198-MLW |
|---|---|

| PRESIDING JUDGE Wolf | PLAINTIFF'S ATTORNEY Nadine Pellegrini | DEFENDANT'S ATTORNEY Kathy Byrne & Melvin Norris |
|---|---|---|
| TRIAL DATE (S) 1/11/2007 | COURT REPORTER Romanow | COURTROOM DEPUTY O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ---- | | 1/11/07 | | | MBTA Inspector Patricia Pitt |
| ---- | | 1/11/07 | | | MBTA Officer Steven O'Hara |
| A | | 1/11/07 | X | | Photo of white passenger van |
| 1 | | 1/11/07 | | X | Oxford tours itinerary dated 5/26/2004 |
| ---- | | 1/11/07 | | | ICE Agent Richard Davies |
| 2 | | 1/11/07 | | X | Notes from Agent Davies dated 5/28/04 re: Ramos |
| | 3 | 1/11/07 | | X | Miranda Rights form regarding Mehia |
| 4 | | 1/11/07 | | X | Notes from Agent Davies dated 5/28/04 re: Mehia |
| ---- | | 1/11/07 | | | ICE Agent Cheryl Bassett |
| 5 | | 1/11/07 | | X | Photocopy of miranda warning card in English and Spanish (2 pages) |
| | 6 | 1/11/07 | | X | Transcript of CD recordings |
| | 6A | 1/11/07 | | X | CD - for CD player |
| | 6B | 1/11/07 | | X | CD - for computer |