UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 04-10198-MLW |
| | ) | |
| EDGAR RAMOS | ) | |
| JOHN MEHIA | ) | |

<u>APPEARANCE OF GOVERNMENT COUNSEL</u>

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                               By:  <u>/s/ Timothy Q. Feeley</u>
                                        TIMOTHY Q. FEELEY
January 16, 2006                 Assistant U.S. Attorney
                                        (617) 748-3172

<u>                           CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic filing notice.

                                        <u>/s/ Timothy Q. Feeley</u>
                                          TIMOTHY Q. FEELEY
                                          Assistant U.S. Attorney