UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>EDGAR RAMOS and )<br>JOHN MEHIA ) | CRIMINAL NO. 04-10198-MLW |

**GOVERNMENT'S MOTION TO STRIKE AFFIDAVITS**

Defendants Edgar Ramos and John Mehia filed affidavits in support of their suppression motions, which the government opposes in a separate memorandum submitted herewith. However, both defendant elected (as is their right) not to take the stand at the evidentiary hearing conducted by this Court so that their affidavit assertions could be subject to cross-examination by the government. Accordingly, the government asks this Court to strike and disregard in their entirety the affidavit assertions of the defendants. *See* United States v. Baskin, 424 F.3d 1, 3 (1st Cir. 2005) (district court acted within its discretion in striking defendant's affidavit submitted in support of suppression motion when defendant invoked his Fifth Amendment right against self-incrimination and refused to answer prosecutor's cross-examination questions).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By: /s/ Timothy Q. Feeley
                                    TIMOTHY Q. FEELEY
                                    Assistant U.S. Attorney
April 6, 2007                      (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon counsel of record by electronic filing notice.

                                      /s/ Timothy Q. Feeley
                                      TIMOTHY Q. FEELEY
                                      Assistant U.S. Attorney

April 6, 2007