UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Crim. No. 04 cr 10198 MLW

JOHN MEHIA

### MOTION TO JOIN IN DEFENDANT RAMOS' POST-HEARING MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE

Now comes the defendant, John Mehia, and moves to join in his co-defendant's post-hearing memorandum regarding the Motion to Suppress Evidence. As reason therefore, the defendant states the following:

1. On January 11, 2007, a hearing was held before this Court on the Motion to Suppress Evidence filed by Mr. Ramos and joined in by Mr. Mehia.

2. The issues regarding the search and seizure of the van are identical as between Mr. Mehia and Mr. Ramos, with the exception of the issue of standing.

3. Mr. Mehia moves to joins in the memorandum submitted in support of Mr. Ramos' Motion to Suppress, as the facts relating to the stop and seizure are identical in both cases, and counsel for Mr. Ramos has submitted a comprehensive 45 page memorandum of law. Separately addressing the issues ably covered by counsel for Mr. Ramos would be a needless duplication of effort and resources, and would be a waste of Judicial Resources.

Wherefore, the defendant requests that he be permitted to join in the memorandum filed on behalf of Edgar Ramos.

Mr. Mehia submits this separate memorandum to address the issue of "standing," and whether he had a legitimate expectation of privacy in the van.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>By his Attorney<br><br>/s/ Melvin Norris<br><br>Melvin Norris<br>260 Boston Post Road, Suite 9<br>Wayland, MA  01778<br>(508) 358-3305 |
| April 6, 2007 |  |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

    /s/ Melvin Norris
MELVIN NORRIS

-2-