UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   Crim. No. 04 cr 10198 MLW

JOHN MEHIA

### DEFENDANT MEHIA'S OPPOSITION TO GOVERNMENT'S MOTION TO STRIKE AFFIDAVITS

Now comes the defendant John Mehia and opposes the Government's Motion to Strike his affidavit. The defendant maintains that the Affidavit is properly before the Court, as the Court is not bound by the Federal Rules of Evidence or hearsay rules in considering evidence from a Suppression Hearing.

As the defendant Ramos noted in his Opposition to the Government Motion, this is not a case where the defendant asserted the fifth amendment while on the stand. Mr. Mehia was at the hearing, and the government could have sought to call him as a witness. Where it did not, it should not be permitted to strike his affidavit.

Moreover, Mr. Mehia's Affidavit is largely similar to the testimony offered by the law enforcement agents, reducing the risk of undue prejudice to the government by the consideration of Mr. Mehia's Affidavit.

The Court stated during the hearing that the Affidavits would be considered for the purposes of granting the hearing. Therefore, the government's Motion to Strike the Affidavit should be denied.

     For the reasons set forth above, the Court should consider the Affidavit, and give it whatever weight the Court finds appropriate.

                                             Respectfully Submitted,
                                             By his Attorney

                                                 /s/ Melvin Norris

                                           Melvin Norris
                                           260 Boston Post Road, Suite 9
                                           Wayland, MA  01778
                                           (508) 358-3305

April 13, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                           /s/ Melvin Norris
                                       MELVIN NORRIS