```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


                                   )
UNITED STATES OF AMERICA,          )
                                   )
           v.                      )   C.A. No. 04-10198-MLW
                                   )
EDGAR RAMOS,                       )
JOHN MEHIA,                        )
       Defendants                  )
```

                                ORDER

WOLF, D.J.                                        May 10, 2007



        A hearing is necessary to address the recent submissions in

this case. It will be held on May 18, 2007, at 10:30 a.m.




_____        /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE

1