UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>EDGAR RAMOS           )<br>JOHN MEHIA            ) | CRIMINAL NO. 04-10198-MLW |

ASSENTED-TO MOTION TO CONTINUE MOTION
HEARING DATE NOW SCHEDULED FOR AUGUST 27, 2007

  Defendants Ramos and Mehia move to continue the motion hearing now scheduled for August 27, 2007 to either September 20 or 21st. As grounds, counsel for Ramos states that she has a previously planned family vacation the week of August 27th. In addition, counsel state that the Assistant United States Attorney is on vacation on August 23rd and 24th (the other dates suggested by the Court). The witnesses are available the week of September 17th.

  Counsel further note that both defendants are on release.

  Assistant United States Attorney Timothy Feeley has stated his assent to this motion.

| | |
|---|---|
| JOHN MEHIA<br>By his attorney, | EDGAR RAMOS<br>By his attorney, |
| /s/ Melvin Norris | /s/ Catherine K. Byrne |
| Melvin Norris<br>  B.B.O. #373900<br>260 Boston Post Road, Suite 9<br>Wayland, MA 01778<br>Tel: 508-358-3305 | Catherine K. Byrne<br>  B.B.O. #543838<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |

<u>CERTIFICATE OF SERVICE</u>

    I, Catherine K, Byrne, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 14, 2007.

                                                    /s/ Catherine K. Byrne

                                                    Catherine K. Byrne