UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                         Crim. No. 04 cr 10198 MLW

JOHN MEHIA


### DEFENDANT'S MOTION FOR COURT ORDER
### FOR TRAVEL EXPENSE


    The defendant, John Mehia, respectfully moves this court, pursuant to 18 U.S.C. §4285, for an order directing the U.S. Marshal Service to provide him round trip airfare for transportation between Mesquite, Texas and Boston, Massachusetts, and lodging while in Boston to allow defendant to attend the Motion to Suppress Evidence hearing scheduled for September 20, 2007 at 9:30 A.M. Moreover, counsel requests that defendant arrive in Boston, Massachusetts, no later than the afternoon of September 19, 2007, to permit undersigned counsel time to meet with defendant in preparation for the motion hearing.

    As grounds for this motion, undersigned counsel states that the referenced hearing requires defendant's presence. The defendant resides in Mesquite, Texas and is indigent. Because the defendant is indigent, he cannot afford the round trip airfare and lodging required hardship or having to incur indebtedness. Regarding the lodging, counsel requests that the order direct the U.S. Marshal services to arrange for Mr. Mehia to stay overnight at Coolidge House or another location from which he can take public transportation to the courthouse. For the above

reasons, counsel for the defendant requests that this motion for travel expenses be granted.

By his attorney,

Date:   August 22, 2007                /s/ Melvin Norris
                                        Melvin Norris
                                        260 Boston Post Road
                                        Wayland, MA 01778
                                        (508) 358-3305
                                        BBO# 373900


CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                        /s/ Melvin Norris
                        MELVIN NORRIS