UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Crim. No. 04 cr 10198 MLW

JOHN MEHIA

## ORDER FOR TRAVEL EXPENSE

      The U.S. Marshal Service is hereby ordered, pursuant to 18 U.S.C. § 4285, to provide the defendant in the above-numbered case, John Mehia, with round trip airfare to travel from Mesquite, Texas to Boston, Massachusetts, on September 19, 2007, and lodging for the evenings of September 19, 2007 and, if needed, September 20, 2007, so that he may attend the continuation of his Motion to Suppress Evidence and Edgar Ramos' Motion to Suppress Statements hearing scheduled for September 20, 2007.

Date:  _____

_____          United States District Judge