UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10198

| United States | Edgar Ramos |
|---|---|
| PLAINTIFF | John Mehia |
|  | DEFENDANT |
| Nadine Pelligrini | Catherine Byrne |
|  | Mel Norris |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 9/18/07 | Interpreters, Sylvia Zetterstrand and Luis Szekely, sworn in. Court goes over the current status of the case. |
|  | Government informs the court that Officer Federico is not deceased and has simply moved on to another job. |
|  | Government calls Officer O'Hara - witness takes the stand and is sworn. Court takes a brief recess and then returns to listen to the parties oral arguments. Court gives the parties one week to report and submit any cases/supplemental briefs by 9/25/2007. Any response shall be filed by 10/2/07. |