UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              Crim. No. 04 cr 10198 MLW

JOHN MEHIA

### DEFENDANT'S MOTION TO CONTINUE PRETRIAL CONFERENCE

Now comes the defendant John Mehia and moves that the pretrial conference currently scheduled for 2:00 p.m. on November 7, 2007, be continued to another available time for the Court, including a time late in the day on November 7, 2007, or on a subsequent day.

As reason therefore, undersigned counsel is currently scheduled to be before the Massachusetts Board of Registration in Medicine on a Licensing Proceeding on that day, and will not be available at 2:00 p.m.

|  | Respectfully submitted,<br>By his attorney, |
|---|---|
| Date:  November 6, 2007 | /s/ Melvin Norris<br>Melvin Norris<br>260 Boston Post Road<br>Wayland, MA 01778<br>(508) 358-3305<br>BBO# 373900 |

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

          /s/ Melvin Norris
          MELVIN NORRIS