UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Crim. No. 04 cr 10198 MLW

JOHN MEHIA

**DEFENDANT'S MOTION FOR LEAVE TO FILE
MOTIONS AND REQUESTS ONE DAY LATE**

The defendant, John Mehia, respectfully moves this court for leave to submit his request for jury instructions and other motions one day late, per the dates set forth in the scheduling order.  As reason therefore, counsel states that he was out of the office for a significant period of time prior to the deadline, and that the government will not be prejudiced by this late filing.

Respectfully Submitted,
By his attorney,

Date:   August 12, 2008              /s/ Melvin Norris
                                     Melvin Norris
                                     260 Boston Post Road
                                     Wayland, MA 01778
                                     (508) 358-3305
                                     BBO# 373900

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

     /s/ Melvin Norris
     MELVIN NORRIS