UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                          Crim. No.  04 cr 10198 MLW

JOHN MEHIA

## MOTION  FOR AUTHORITY TO EXPEND FUNDS FOR AN INTERPRETER

    Now comes Melvin Norris, Court Appointed Attorney for the Defendant, John Mehia, and moves this Honorable Court for authority, pursuant to the Criminal Justice Act to expend an additional $500.00 for the services of an interpreter, and assigns as reason therefor that the Defendant speaks Spanish and Counsel does not speak Spanish.  For that reason, an interpreter is required to prepare the case.

    Respectfully Submitted

    /s/
Melvin Norris
260 Boston Post Rd. Suite 7
Wayland, MA 01778
Tel. 508 358 3305
BBO # 373900

Dated: August 12, 2008