UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Crim. No. 04 cr 10198 MLW

JOHN MEHIA

**MOTION TO JOIN IN DEFENDANT RAMOS'**
**MOTION IN LIMINE, MOTION FOR VOIR DIRE, AND MOTION TO SEVER**

Now comes the defendant, John Mehia, and moves to join in his co-defendant's Motion in Limine, Motion for Voir Dire, and Motion to Sever trials. As reason therefore, the defendant states the following:

1. The Motion in Limine submitted by counsel for Edgar Ramos is comprehensive, and approximately 28 pages long.

2. The issues presented by the Motion in Limine are identical as to both defendants.

3. Mr. Mehia moves to join in the Motions submitted by Mr. Ramos in the interest of judicial economy, and to avoid the duplication of paper and judicial resources in this matter.

4. Mr. Mehia has submitted additional Voir Dire requests applicable to him in this matter.

5. Mr. Mehia joins in the Motion to Sever not due to his own statements, but because of his differing circumstances during the arrest. Mr. Mehia was not the driver of the vehicle, and as such, the defendant submits that the government's admissible evidence is different for Mr. Mehia. Therefore, keeping the trials together presents a grave risk that the

-1-

government will be able to introduce evidence in the trial of Mr. Mehia that would not otherwise be inadmissible against him.

Wherefore, the defendant requests that he be permitted to join in the above motions and memoranda filed on behalf of Edgar Ramos.

                                        Respectfully Submitted,
                                        By his Attorney

                                               /s/ Melvin Norris

                                        Melvin Norris
                                        260 Boston Post Road, Suite 7
                                        Wayland, MA  01778
                                        (508) 358-3305

August 12, 2008


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.

                                           /s/ Melvin Norris
                                        MELVIN NORRIS