UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                         Crim. No. 04 cr 10198 MLW

JOHN MEHIA

## OBJECTION TO RULING OF COURT

Now comes the John Mehia and submits this Objection to the Order entered November 5,

2007 denying John Mehia's Motion to Suppress Evidence.

Respectfully Submitted,

Dated:  November 14, 2007

/s/ Melvin Norris
MELVIN NORRIS
260 Boston Post Road
Wayland, MA 01778
(508) 358-3305

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

and paper copies will be sent this date to those indicated as non-registered participants

/s/ Melvin Norris
_____

Melvin Norris